[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 108.]

THE STATE OF OHIO, APPELLEE, *v.* FULLER, APPELLANT.

[Cite as *State v. Fuller*, 1998-Ohio-562.]

*Court of appeals' judgment affirmed on the authority of State v. Rush.*

(No. 97-2338—Submitted August 19, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Hamilton County, No. C-960753.

————————

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *Philip R. Cummings*, Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker*, State Public Defender, and *Kevin Fahey*, Assistant Public Defender, for appellant.

————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————